1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099



6  Attorneys for Plaintiff
   United States of America

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,            | 1:13-CV-01225-AWI-SKO
12 |                    Plaintiff,        | **ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM***
13 |               v.                     |
14 | APPROXIMATELY $93,500.00 IN U.S. CURRENCY, |
15 |                    Defendants        |

   WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on August 6, 2013, in the United States District Court for the Eastern District of California, alleging that defendant approximately $93,500.00 in U.S. currency (hereafter "defendant currency") is subject to forfeiture to the United States pursuant to 21 U.S.C. §§ 881(a)(6), for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

   And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Department of Homeland Security, Immigrations Customs Enforcement Special Agent Juan Fletes, there is probable cause to believe that the defendant currency so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem*

exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant currency.

Dated: 8/8/13

STANLEY A. BOONE
United States Magistrate Judge