BENJAMIN B. WAGNER
United States Attorney
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4000  Telephone
(559) 497-4099  Facsimile

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:13-CV-01225-AWI-SKO |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING STIPULATION TO STAY CIVIL PROCEEDINGS AND SETTING STATUS HEARING FOR FEBRUARY 3, 2014 AT 1:30 PM IN COURTROOM 2** |
| APPROXIMATELY $93,500.00 IN U.S. CURRENCY, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED between the United States of America and Potential Claimant Edy Salazar, by and through their respective counsel, that a stay is necessary in the above-entitled action and request the Court enter an order staying proceedings pending resolution in Fresno County Superior Court of the on-going criminal prosecution of *The People v. Edy Salazar,* Case No. F13902336.

1. On or about May 8, 2013, Potential Claimant filed an administrative claim, in the administrative forfeiture proceeding, with the Department of Homeland Security-Criminal Investigations with respect to the approximately $93,500.00 in U.S. Currency (hereafter "defendant currency"), which was seized on or about March 3, 2013.

2. The Department of Homeland Security-Criminal Investigations, sent written

notice of intent to forfeit, as required by 18 U.S.C. § 983(a)(1), to all known interested parties. The time has expired for any person to file an administrative claim to the currency under 18 U.S.C. § 983(a)(2), and no person other than the Potential Claimant has filed an administrative claim to the currency in the administrative forfeiture proceeding.

3. On August 6, 2013, the United States filed a civil judicial "Verified Complaint for Forfeiture In Rem," in the Eastern District of California: *United States v. Approximately $93,500.00 in U.S. Currency*, Docket No. 1:13-CV-01225-AWI-SKO, ECF No. 1.

4. As provided by 18 U.S.C. § 981(g)(2), the Potential Claimant may request a stay of the civil forfeiture proceedings. Pursuant to (g)(2), upon request by the claimant, the court "shall" stay the civil forfeiture proceedings if the court determines that the claimant is the subject of a related criminal investigation or case, the claimant has standing to assert a claim in the civil forfeiture proceeding, and continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related investigation or case.

5. As provided in 18 U.S.C. § 981(g)(2), the parties wish by agreement to stay the civil forfeiture proceedings entirely, as the parties stipulate and agree that there is a related ongoing criminal prosecution of which Potential Claimant is a subject, that the Potential Claimant has standing to assert a claim in the civil forfeiture proceeding, and that continuation of the forfeiture proceeding will burden the right of Potential Claimant against self-incrimination in the related criminal prosecution.

6. Accordingly, the parties agree that the stay be in place during the pendency of the ongoing criminal prosecution. The parties request that the court set a status hearing on or about February 1, 2014. The parties will file a joint status report one week prior, informing the court whether the continuation of the stay is still necessary.

///

///

2  Stipulation To Stay of Civil Proceedings

Dated: August 26, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ Heather Mardel Jones
HEATHER MARDEL JONES
Assistant United States Attorney

Dated: August 26, 2013

/s/ Matthew J. Lombard
MATTHEW J. LOMBARD
Attorney for Potential Claimant Edy Salazar

IT IS SO ORDERED.

Dated: August 27, 2013

_____
SENIOR DISTRICT JUDGE

Stipulation To Stay of Civil Proceedings

3