

1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   (559) 497-4000 Telephone
5  (559) 497-4099 Facsimile

6  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:13-CV-01225-AWI-SKO |
| Plaintiff, | |
| v. | **STIPULATION REGARDING STAY OF CIVIL PROCEEDINGS** |
| APPROXIMATELY $93,500.00 IN U.S. CURRENCY, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the United States of America and Potential Claimant Edy Salazar, by and through their respective counsel, that an extension of the stay is necessary in the above-entitled action and request the Court enter an order extending the stay for thirty-days, to March 3, 2014.

1. On or about May 8, 2013, Potential Claimant filed an administrative claim, in the administrative forfeiture proceeding, with the Department of Homeland Security-Criminal Investigations with respect to the approximately $93,500.00 in U.S. Currency (hereafter "defendant currency"), which was seized on or about March 3, 2013.

2. The Department of Homeland Security-Criminal Investigations, sent written notice of intent to forfeit, as required by 18 U.S.C. § 983(a)(1), to all known interested

parties. The time has expired for any person to file an administrative claim to the currency under 18 U.S.C. § 983(a)(2), and no person other than the Potential Claimant has filed an administrative claim to the currency in the administrative forfeiture proceeding.

3. On August 6, 2013, the United States filed a civil judicial "Verified Complaint for Forfeiture In Rem," in the Eastern District of California: *United States v. Approximately $93,500.00 in U.S. Currency,* Docket No. 1:13-CV-01225-AWI-SKO, ECF No. 1.

4. As provided by 18 U.S.C. § 981(g)(2), the Potential Claimant requested a stay of the civil forfeiture proceedings, and on August 27, 2013, the Court issued an order staying the instant action and set a status conference for February 3, 2013. The parties were to file a Joint Status Report one week prior to the status conference. Doc. # 7.

5. The parties wish by agreement to extend the stay for thirty-days, as the parties are currently in settlement discussions.

6. Accordingly, the parties request that the stay be extended to March 3, 2014. The parties will file a joint status report one week prior, informing the court whether the continuation of the stay is still necessary.

Dated: January 28, 2014        BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Heather Mardel Jones
                               HEATHER MARDEL JONES
                               Assistant United States Attorney

Dated: January 28, 2014        /s/ Matthew J. Lombard
                               MATTHEW J. LOMBARD
                               Attorney for Potential Claimant Edy Salazar

IT IS SO ORDERED.

Dated: 1-28-14

ANTHONY W. ISHII
SENIOR UNITED STATES DISTRICT JUDGE

2    Stipulation To Extend Stay of Civil Proceedings