# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $93,500.00 IN U.S. CURRENCY,<br><br>    Defendant.<br>_____/ | **Case No.  1:13-cv-1225-AWI-SKO**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>**(Docs. 15, 16)** |

On April 25, 2014, the Magistrate Judge issued Findings and Recommendations that Plaintiff's motion for default judgment against the interests of Mario Moreno pursuant to Federal Rule of Civil Procedure 55 be granted.  (Doc. 16.)  These Findings and Recommendations were served on all parties appearing in the action and contained notice that any objections were to be filed within fourteen (14) days after service of the order.  No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued April 25, 2014, are ADOPTED IN FULL; and
2. Plaintiff's motion for default judgment against the interests of Mario Moreno is GRANTED.

IT IS SO ORDERED.

Dated: __May 15, 2014__                              _____
                                                                            SENIOR DISTRICT JUDGE

2